**STATE of Missouri, Respondent,**

v.

**Curtis CHATMON, Appellant.**

**No. 46753.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 21, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1984.

William B. Haller, Smith & Haller, Clayton, for appellant.

John Ashcroft, Atty. Gen., Deborah Neff, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction of murder in the second degree, § 565.004 RSMo 1978 and two counts of first degree assault, § 565.050, RSMo 1978. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).